IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSEPH McCONICO,               )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          2:25cv569-MHT
                               )              (WO)
ALABAMA DEPARTMENT OF          )
CORRECTIONS, et al.,           )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with an order to pay an initial filing fee and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2026.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE